UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

*In re:*

CASE NO. 22-12555-PDR
CHAPTER 13

LORRAINE SMITH,

   Debtor.

_____/

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for DACA Management, LLC, a secured creditor in the above-styled cause.

The Clerk of the Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

                                          Respectfully submitted,
                                          HOWARD LAW GROUP

                                          /s/ Matthew Klein
                                          MATTHEW KLEIN
                                          FLORIDA BAR#: 73529
                                          4755 Technology Way, Suite 104
                                          Boca Raton, FL 33431
                                          Telephone: 954-893-7874
                                          Fax: 888-235-0017
                                          Email: matthew@howardlaw.com

**I HEREBY CERTIFY** that on October 5, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Robert J. Bigge Jr., Esq., 915 Middle River Drive #401, Fort Lauderdale, FL 33304

Robin R Weiner, POB 559007, Fort Lauderdale, FL 33355
Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

                                          /s/ Matthew Klein