UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

*In re:*                                                    CASE NO. 22-12555-PDR
                                                            CHAPTER 13
LORRAINE SMITH,

     Debtor.

_____/

## MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)

DACA Management, LLC ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor(s) further described as 532 NW 8th Ave, Fort Lauderdale, Florida (the "Property").  ").  The facts and circumstances supporting this Motion are set forth in the (i) Affidavit in Support of Motion for Relief from Automatic Stay attached hereto as Exhibit C (the "Affidavit") and (ii) Indebtedness Worksheet attached hereto as Exhibit D (the "Indebtedness Worksheet").  In further support of this Motion, Movant respectfully states:

1.     A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on March 30, 2022.

2.     The debt associated with this property that is the subject of this Motion has not been included in the Debtor's Plan.

3.     The Debtor has executed and delivered or is otherwise obligated with respect to that certain Promissory Note, dated December 28, 2007 in the original principal amount of $65,000.00 (the "Note").  Movant is the party entitled to enforce the Note, as evidenced by the Affidavit of Lost Page of Original Note attached hereto as Exhibit A.

4.     Pursuant to that certain Mortgage, dated December 28, 2007 (the "Mortgage") executed by the Debtor, and recorded in Official Records of Broward County at Book 44999, at Page 1814, all obligations (collectively, the "Obligations") of the Debtor under and with respect

to the Note and the Mortgage are secured by the Property. See Exhibit B attached hereto.

5.      The legal description of the Property is

LOTS 43 and 44 BLOCK 15, NORTH LAUDERDALE ACCORDING TO THE
PLAT THEREOF AS RECORDED IN PLAT BOOK 1 PAGE 48 OF THE
PUBLIC RECORDS OF DADE COUNTY, FLORIDA. SAID LANDS NOY
LYING AND SITUATE IN BROWARD COUNTY, FLORIDA

6.      The post-petition payment address is: DACA MANAGEMENT LLC, 910 NE 20th

Avenue, Fort Lauderdale, FL 33304.

7.      As November 7, 2022, the Debtor has defaulted under the terms of the Note and

Mortgage by failing to make the payment due on April 15, 2014, and all subsequent payments.

See attached Exhibit C.

8.      The total prepetition indebtedness of the Debtor, as more fully detailed and

reflected on the Indebtedness Worksheet, is $332,759.56 and the post-petition amount of

$5,891.84. See attached Exhibit D.

9.      The estimated market value of the Property is $210,630.00. The basis for such

valuation is Broward County Property Appraiser's valuation attached hereto as Exhibit E.

10.     In addition to the other amounts due to Movant reflected in this Motion, as of the

date hereof, in connection with seeking the relief requested in this Motion, Movant has also

incurred $1,050.00 in legal fees and $188.00 in costs.

11.     Cause exists for relief from the automatic stay for the following reasons:

(a)     Movant's interest in the Property is not adequately protected.

(b)     The Debtor's Chapter 13 Plan does not provide for any payments to Movant.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the

stay and granting the following:

1.      Relief from the stay allowing Movant (and any successors or assigns) to proceed

under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain

possession of the Property.

2.      That the Order be binding and effective despite any conversion of this bankruptcy

case to a case under any other chapter of Title 11 of the United States Code.

3.      That the 14-day stay of the stay relief order pursuant to FRBP 4001 be waived.

4.      That Movant's fees and costs incurred in the filing of this motion be awarded by

the court to be recovered in the Circuit Court case.

5.      For such other relief as the Court deems proper.

Respectfully submitted,
HOWARD LAW GROUP

 /s/ Matthew Klein
MATTHEW KLEIN
FLORIDA BAR#: 73529
4755 Technology Way, Ste. 104
Boca Raton, FL 33431
Telephone: 954-893-7874
Fax: 888-235-0017
Email: matthew@howardlaw.com

**I HEREBY CERTIFY** that on December 1, 2022, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic

filing to all CM/ECF participants:

Robert J. Bigge Jr., Esq., 915 Middle River Drive #401, Fort Lauderdale, FL 33304
Robin R Weiner, POB 559007, Fort Lauderdale, FL 33355
Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

And a copy was sent via US Mail to:
Lorraine Smith, POB 451396, Sunrise, FL 33345-1396

/s/ Matthew Klein
Matthew Klein
Florida Bar No.: 73529

# EXHIBIT A

## MORTGAGE NOTE

$65,000.00              Plantation, Florida          DECEMBER 28, 2007

FOR VALUE RECEIVED, the undersigned promises to pay to the order of BARRY L. MALTER AND LYNN BREGMAN, HIS WIFE (A 55/65 INTEREST) AND CLIFFORD PHILLIPS (A 10/65 INTEREST), the principal sum of $65,000.00 together with interest thereon at the rate of ELEVEN percent per annum from the date of this Note until maturity, both principal and interest being payable in Lawful Money of the United States, such principal sum and interest payable as follows:

Consecutive monthly installments in the amount of $672.00 per month, interest only, commencing on FEBRUARY 15, 2008, and continuing on the 15TH day of each consecutive month thereafter through and including JANUARY 15, 2028. On JANUARY 15, 2028, the entire unpaid principal amount, together with accrued interest, shall be due and payable in full.

THE UNDERSIGNED SHALL PAY A LATE CHARGE OF FIVE PERCENT (5%) FOR EACH INSTALLMENT RECEIVED MORE THAN FIFTEEN (15) DAYS AFTER ITS DUE DATE. IF YOUR ACCOUNT IS NOT CURRENT, THERE IS NO FIFTEEN-DAY GRACE PERIOD ON SUBSEQUENT MONTHS. IN THE EVENT THAT ANY PAYMENT IS RETURNED ON ACCOUNT OF INSUFFICIENT OR UNCOLLECTED FUNDS, MAKER SHALL ADDITIONALLY BE LIABLE FOR A RETURN CHECK CHARGE OF FIVE PERCENT (5%) OR $25.00 WHICHEVER IS GREATER.

THIS NOTE MAY BE PREPAID IN WHOLE OR IN PART WITHOUT PENALTY.

Such installment payments shall be applied first to the interest accruing under the terms of this note and then to a reduction of the principal indebtedness. The makers and endorsers of this note further agree to waive demand, notice of non-payment and protest and each maker and endorser agrees, jointly and severally to pay all costs of collection, and in the event suit shall be brought for the collection hereof, or the same has to be collected on demand of an attorney, to pay reasonable attorney's fees for making such collection. All payments hereunder shall bear interest at the rate of ELEVEN percent per annum from maturity until paid. this note is secured by a mortgage of even date herewith and is to be construed and enforced according to the laws of the State of Florida, upon default in the payment of principal and/or interest when due, the whole sum of principal and interest remaining unpaid shall, at the option of the above holders, become immediately due and payable. Failure to exercise this option shall not constitute a waiver of the right to exercise the same in the event of a subsequent default.

If the calculation of interest or the imposition of a change in the rate of interest after acceleration upon default or the payment of any fees or other charges which are construed to be interest under applicable law, rule, or regulation in effect from time to time, result in an effective rate of interest higher than that permitted to be paid under applicable law, rule, or regulation in effect from time to time, then such charges shall be reduced by a sum sufficient to result in an effective rate of interest no greater than the maximum effective rate of interest to be paid under applicable law, rule, of regulation in effect from time to time. Upon maturity of this Note, whether by acceleration or in due course, interest shall be recalculated over the actual life of the loan, based upon the amounts outstanding, and if the total amount of interest theretofore paid exceeds the amount permitted to be paid under applicable law, rule or regulation effect from time to time, the excess shall be credited to principal, or if such excess exceeds the principal amount due hereunder, refunded to maker.

_Lorraine E. Smith_

LORRAINE E. SMITH

$65,000.00                         PLANTATION, FLORIDA          December 28, 2007

For value received, I or We promise to pay to the order of BARRY L. MALTER AND LYNN BREGMAN, HIS WIFE (A 55/65 INTEREST) AND CLIFFORD PHILLIPS (A 10/65 INTEREST) the principal sum of SIXTY-FIVE THOUSAND AND NO/100---Dollars, ($65,000.00), together with interest thereon from DECEMBER 28, 2007 at the rate of ELEVEN percent per annum until maturity, said principal and interest being paid as follows: $672.00 on the 15TH day of FEBRUARY, 2008 and $672.00 on the 15TH day of each consecutive month thereafter until fully paid out, at which time the entire unpaid balance shall become due and payable. Each payment of $672.00 shall represent payment of interest and principal, and shall be credited first towards interest and the remainder toward principal. The maker agrees that if any installment becomes delinquent, the holder shall have the option to demand payment of the entire unpaid balance then due and owing, together with accrued interest thereon. This note may be prepaid at any time without penalty.

Any payment made ten (10) days after due date shall bear a five percent (5%) late charge on that particular payment. If your account is not current, there is no ten-day grace period on subsequent months.

Each maker and endorser severally waives demand, protest and notice of maturity non-payment or protest and all requirements necessary to hold each of them liable as makers and endorsers

Each maker and endorser further agrees jointly and severally to pay all costs of collection, including a reasonable Attorney's fee in case the principal of the note or any payment on the principal or any or any payment on the principal or any interest thereon is not paid at the respective maturity thereof, or in case it becomes necessary to protect the security hereof, whether suit be brought or not

This note and deferred interest payments shall bear interest at the rate of ELEVEN per cent per annum from maturity until paid.

This note is secured by a FIRST mortgage of even date herewith and is to be construed and enforced according to the laws of the State of Florida upon default in the payment of principal and/or interest due on any note secured by said Mortgage, all notes so secured and remaining unpaid shall forthwith become due and payable notwithstanding their tenor.

_____ (SEAL)
LORRAINE E. SMITH

note

This Instrument Prepared by and return to:

# EXHIBIT B

INSTR # 107627907
OR BK 44999 Pages 1814 - 1816
RECORDED 01/15/08 11:53:11
BROWARD COUNTY COMMISSION
DOC STMP-M: $227.50
INT TAX: fl $130.00
DEPUTY CLERK 3270
#2, 3 Pages

FORT LAUDERDALE MORTGAGE, INC.
29 East Acre Drive
Plantation, Fl.  33317

Property Appraisers Parcel Identification (Folio) Number(s)
Folio #

## *This Mortgage*

*Executed the* 28TH DAY OF DECEMBER, 2007 by LORRAINE E. SMITH, A SINGLE WOMAN

*hereinafter called the Mortgagor to* BARRY L. MALTER AND LYNN BREGMAN, HIS WIFE (A 55/65 INTEREST) AND
CLIFFORD PHILLIPS (A 10/65 INTEREST) *the Mortgagee* whose post office address is c/o 29 East Acre Drive
Plantation, FL. 33317 (954)-583-5842

WHEREVER USED HEREIN THE TERMS "MORTGAGOR" AND "MORTGAGEE" INCLUDE SINGULAR and PLURAL, ALL THE PARTIES TO THIS INSTRUMENT AND THE HEIRS, LEGAL
REPRESENTATIVES AND ASSIGNS OF INDIVIDUALS, AND THE SUCCESSORS AND ASSIGNS OF CORPORATIONS WHEREVER THE CONTEXT SO ADMITS OR REQUIRES; AND THE TERM
"NOTE" INCLUDES ALL THE NOTES HEREIN DESCRIBED IF MORE THEN ONE,)

*Witnesseth,* *that for good and valuable considerations, and also in consideration of the aggregate sum named
in the promissory note of even date herewith, hereinafter described, the mortgagor hereby grants, bargains,
sells, aliens. remises, conveys and confirms unto the mortgagee all the certain land of which the mortgagor is now
seized and is now in possession situate in BROWARD County, State of Florida ,viz.:*

LOTS 43 AND 44 BLOCK 15, NORTH LAUDERDALE ACCORDING TO THE PLAT THEREOF AS
RECORDED IN PLAT BOOK 1 PAGE 48 OF THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA. SAID
PROPERTY LYING AND SITUATE IN BROWARD COUNTY, FLORIDA.

This is a FIRSEC Mortgage.

This is not the homestead of the mortgagor or (his/her) spouse, or any of the dependents of any mortgagor.  The
mortgagor(s) reside(s) at 4980 NW 12TH COURT FT. LAUDERDALE, FL.  33313.

A default under the terms of the terms of the home owner's/condominium association fees, dues or special
assessments, Real Estate taxes or insurance shall constitute a default under the terms of this mortgage.

**To further secure unto the mortgagee the payment of the aforesaid note and the performance by the mortgagor of
all of his promises and covenants herein made, the mortgagor has and does hereby transfer assign and set over unto
the mortgagee all of his rents, income and profits now or hereafter pertaining to or arising from said property,
with full power and right unto the mortgagee to receive and collect the same; provided, however, that so long as the
mortgagor shall faithfully keep and perform each and every of his promises and covenants set forth in all other
portions of this mortgage and suffer no default in connection therewith, the  mortgagee shall allow the mortgagor to
collect and receive same.**

**The mortgagor hereby acknowledges receipt of a copy of this mortgage deed.**

LORRAINE E. SMITH

③

*To Have and to Hold* the same, together with the tenements, hereditaments and appurtenances thereto belonging, and the rents, issues and profits thereof, unto the mortgagee, in fee simple.

*And* the mortgagor covenants with the mortgagee that the mortgagor is indefeasibly seized of said land in fee simple; that the mortgagor has good right and lawful authority to convey said land as aforesaid; that the mortgagor will make such further assurances to perfect the fee simple title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free and clear of all encumbrances.

*Provided Always,* that if said mortgagor shall pay unto said mortgage the certain promissory note hereinafter substantially copied or identified, to-wit:

## MORTGAGE NOTE

$65,000.00                          Plantation, Florida                          DECEMBER 28, 2007

FOR VALUE RECEIVED, the undersigned promises to pay to the order of BARRY L. MALTER AND LYNN BREGMAN, HIS WIFE (A 55/65 INTEREST) AND CLIFFORD PHILLIPS (A 10/65 INTEREST), the principal sum of $65,000.00 together with interest thereon at the rate of ELEVEN percent per annum from the date of this Note until maturity, both principal and interest being payable in Lawful Money of the United States, such principal sum and interest payable as follows:

Consecutive monthly installments in the amount of $672.00 per month, interest only, commencing on FEBRUARY 15, 2008, and continuing on the 15TH day of each consecutive month thereafter through and including JANUARY 15, 2028. On JANUARY 15, 2028, the entire unpaid principal amount, together with accrued interest, shall be due and payable in full.

THE UNDERSIGNED SHALL PAY A LATE CHARGE OF FIVE PERCENT (5%) FOR EACH INSTALLMENT RECEIVED MORE THAN FIFTEEN (15) DAYS AFTER ITS DUE DATE. IF YOUR ACCOUNT IS NOT CURRENT, THERE IS NO FIFTEEN-DAY GRACE PERIOD ON SUBSEQUENT MONTHS. IN THE EVENT THAT ANY PAYMENT IS RETURNED ON ACCOUNT OF INSUFFICIENT OR UNCOLLECTED FUNDS, MAKER SHALL ADDITIONALLY BE LIABLE FOR A RETURN CHECK CHARGE OF FIVE PERCENT (5%) OR $25.00 WHICHEVER IS GREATER.

THIS NOTE MAY BE PREPAID IN WHOLE OR IN PART WITHOUT PENALTY.

Such installment payments shall be applied first to the interest accruing under the terms of this note and then to a reduction of the principal indebtedness. The makers and endorsers of this note further agree to waive demand, notice of non-payment and protest and each maker and endorser agrees, jointly and severally to pay all costs of collection, and in the event suit shall be brought for the collection hereof, or the same has to be collected on demand of an attorney, to pay reasonable attorney's fees for making such collection. All payments hereunder shall bear interest at the rate of ELEVEN percent per annum from maturity until paid. this note is secured by a mortgage of even date herewith and is to be construed and enforced according to the laws of the State of Florida, upon default in the payment of principal and/or interest when due, the whole sum of principal and interest remaining unpaid shall, at the option of the above holders, become immediately due and payable. Failure to exercise this option shall not constitute a waiver of the right to exercise the same in the event of a subsequent default.

If the calculation of interest or the imposition of a change in the rate of interest after acceleration upon default or the payment of any fees or other charges which are construed to be interest under applicable law, rule, or regulation in effect from time to time, result in an effective rate of interest higher than that permitted to be paid under applicable law, rule, or regulation in effect from time to time, then such charges shall be reduced by a sum sufficient to result in an effective rate of interest no greater than the maximum effective rate of interest to be paid under applicable law, rule, of regulation in effect from time to time. Upon maturity of this Note, whether by acceleration or in due course, interest shall be recalculated over the actual life of the loan, based upon the amounts outstanding, and if the total amount of interest theretofore paid exceeds the amount permitted to be paid under applicable law, rule or regulation effect from time to time, the excess shall be credited to principal, or if such excess exceeds the principal amount due hereunder, refunded to maker.

_____
LORRAINE E. SMITH

INITIALS _____

and shall perform, comply with and abide by each and every the agreements, stipulations, conditions and covenants thereof, and of this mortgage, then this mortgage and the estate hereby created, shall cease, terminate and be null and void.

*And* the mortgagor hereby further covenants and agrees to pay promptly when due the principal and interest and other sums of money provided for in said note and this mortgage, or either; to pay all and singular the taxes, assessments, levies, liabilities, obligations, and encumbrances of every nature on said property; to permit, commit or suffer no waste, impairment or deterioration of said land or the improvements thereon at any time; to keep the buildings now or hereafter on said land fully insured in a sum of not less than highest insurable value in a company or companies acceptable to the mortgagee, the policy or policies to be held by, and payable to, said mortgagee, and in the event any sum of money becomes payable by virtue of such insurance the mortgagee shall have the right to receive and apply the same to the indebtedness hereby secured, accounting to the mortgagor for any surplus; to pay all costs, charges, and expenses, including lawyer's fees and title searches, reasonably incurred or paid by the mortgagee because of the failure of the mortgagor to promptly and fully comply with the agreements, stipulations, conditions and covenants of said note and this mortgage, or either; to perform, comply with and abide by each and every the agreements, stipulations, conditions and covenants set forth in said note and this mortgage or either.  In the event the mortgagor fails to pay when due any tax, assessment, insurance premium or other sum of money payable by virtue of said note and this mortgage, or either, the mortgagee may pay the same, without waiving or affecting the option to foreclose or any other right hereunder, and all such payments shall bear interest from date thereof at the highest lawful rate then allowed by the laws of the State of Florida.

*If* any sum of money herein referred to be not promptly paid within fifteen days next after the same becomes due, or if each and every the agreements, stipulations, conditions and covenants of said note and this mortgage, or either, are not fully performed, complied with and abided by, then the entire sum mentioned in said note, and this mortgage, or the entire balance unpaid thereon, shall forthwith or thereafter, at the option of the mortgagee, become and be due and payable, anything in said note or herein to the contrary notwithstanding.  Failure by the mortgagee to exercise any of the rights or options herein provided shall not constitute a waiver of any rights or options under said note or this mortgage accrued or hereafter accruing.

*In Witness Whereof,* the said Mortgagor has hereunto signed and sealed these presents the day and year first above written

Signed, sealed and delivered in the presence of:

| | |
|---|---|
| _____ | _____ |
| Witness Signature (as to Mortgagor) | Mortgagor Signature |
| R. C. Rosen | LORRAINE E. SMITH |
| Printed Name | Printed Name |
| _____ | 4980 NW 12TH COURT FT. LAUDERDALE, FL. 33313 |
| Witness Signature (as to Mortgagor) | Post Office Address |
| J. Nardone | |
| Printed Name | |
| _____ | _____ |
| Witness Signature (as to Co-Mortgagor, if any ) | Co-Mortgagor |
| _____ | _____ |
| Printed Name | Printed Name |
| _____ | SAME |
| Witness Signature (as to Co-Mortgagor, if any) | Post Office Address |
| _____ | |
| Printed Name | |

*State of Florida*
*County of BROWARD*

The foregoing instrument was acknowledged and sworn to before me this 28TH DAY OF DECEMBER, 2007 by LORRAINE E. SMITH, who is/are personally known to me or have/has produced _____ as identification.  Witness my hand and official seal in the County and State last aforesaid this 28TH DAY OF DECEMBER, 2007



ROBERT C. ROSEN
MY COMMISSION # DD 713842
EXPIRES: September 14, 2011
Bonded Thru Budget Notary Services

_____
Notary signature

ROBERT C. ROSEN
Printed Notary Signature
My Commission Expires

# EXHIBIT C

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

*In re:*

LORRAINE SMITH,

    Debtor.

                                    /

CASE NO. 22-12555-PDR
CHAPTER 13

## AFFIDAVIT AS TO INDEBTEDNESS

STATE OF ___Florida___

COUNTY OF ___Broward___

**BEFORE ME** an officer authorized to take oaths this day personally appeared ___Daniel Gitlin___ of DACA MANAGEMENT, LLC ("Servicer"), who, being first duly sworn, deposes and says:

1.    I am authorized to sign this affidavit on behalf of Movant, DACA MANAGEMENT, LLC, ("Movant").

2.    I am a ___Manager___ of the Servicer, which is Movant's servicing agent for the subject loan ("the Loan").

3.    Servicer maintains records for the Loan.  As part of my job responsibilities for the Movant, I am familiar with the type of records maintained by the Servicer in connection with the Loan.

4.    The information in this affidavit is taken from the Servicer`s business records. I have personal knowledge of the Servicer`s procedures for creating these records. They are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) the records are kept in the course of the Servicer`s regularly

conducted business activities; and (c) it is the regular practice of the Servicer to make such records.

5.      The Servicer services the Loan encumbering the Debtor(s); property.

6.      The information contained in the Motion for Relief ("Motion") is derived from the Servicer's business records and all the Loan documents attached to the Motion as exhibits are true and accurate copies of the original documents.

7.      That the subject loan has an outstanding principal balance of $57,134.06, plus advances made, attorneys' fees and costs, and interest accruing thereon in accordance with the loan documents.

8.      Debtors have defaulted on payments due to Secured Creditor by failing to make payment due on April 15, 2014, and all subsequent monthly payments.  The Debtor owes the following amounts to Movant:

| | |
|---|---|
| Unpaid Principal | $57,134.06 |
| Interest | $69,216.00 |
| Late Charges | $3,460.00 |
| Legal Fees and Costs | $37,218.50 |
| Property Preservation | $128,265.00 |
| Property Taxes | $29,700.00 |
| Total | $324,993.56 |

The amount due and owing to Servicer is subject to change.

9.    The Loan is currently post-petition due for the March 1, 2022 payment.

10.    I certify that the foregoing is true and correct based upon my personal knowledge.

11.    Servicer has retained Howard Law Group to prosecute the Motion and is obligated to pay a reasonable fee and reimburse costs incurred in connection with the firm's services.

**FURTHER AFFIANT SAYETH NAUGHT**.

_____
Affiant

**SWORN TO** and subscribed before me this 14 day of NOV _____ 2022, by
DANIEL GITLIN _____ (Name),    as    an
MANAGER _____ (Title) of DACA MANAGEMENT.  He/she [X] is personally
known to me or [ ] produced _____ as identification.

CHRISTINE GIRRBACH
Notary Public - State of Florida
Commission # GG 948872
My Comm. Expires Jan 20, 2024

_____
NOTARY PUBLIC
My Commission expires:
(Notary Seal)

# EXHIBIT D

# INDEBTEDNESS WORKSHEET

## DEBT AS OF THE PETITION DATE

**A.**     **Total pre-petition indebtedness of debtor(s) to movant (if movant is not the lender, this refers to the indebtedness owed to the lender) as of petition filing date: $332,759.56**

1.   Amount of principal: $57,134.06

2.   Amount of interest: $69,216.00

3.   Amount of escrow (taxes and insurance): $0.00

4.   Amount of forced placed insurance expended by movant: $ 0.00

5.   Amount of attorneys' fees and costs billed to debtor(s) pre-petition: $0.00

6.   Amount of pre-petition late fees, if any, billed to debtor(s): $3,460.00

7.   Any additional pre-petition fees, charges or amounts charged to debtors/debtors account and not listed above: Corporate Advances $332,759.56 as listed below:

| | | |
|---|---|---:|
| Court fees | $ | 906.00 |
| Legal Fees #1 | $ | 5,247.50 |
| Misc. Court Fees | $ | 672.00 |
| Repairs #1 | $ | 13,957.00 |
| Maintenance /Repairs #2 | $ | 110,652.00 |
| Legal Fees #2 | $ | 30,393.00 |
| Property taxes | $ | 29,700.00 |
| Management Fees | $ | 7,766.00 |
| Utilities | $ | 3,656.00 |

**B.**     **Contractual interest rate:       11%**

CG-10  (rev. 08/01/11)

## AMOUNT OF ALLEGED POST-PETITION DEFAULT
### (AS OF NOVEMBER 7, 2022)

**C.**   **Date last payment was received:**  03/2014

**D.**   **Alleged total number of payments due post-petition from filing of petition through payment due on 11/1/2022 :**  6          .

**E.**   **All postpetition payments alleged to be in default:**

| Alleged Amount Due Date | Alleged Amount Due | Amount Received | Amount Applied To Principal | Amount Applied To Interest | Amount Applied To Escrow | Late fee Charged (If any) |
|---|---|---|---|---|---|---|
| 06/01/2022 | 775.64 | | | | | |
| 07/01/2022 | 775.64 | | | | | |
| 08/01/2022 | 775.64 | | | | | |
| 09/01/2022 | 775.64 | | | | | |
| 10/01/2022 | 775.64 | | | | | |
| 11/01/2022 | 775.64 | | | | | |
| **Totals:** | **$4,653.84** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**F.**   **Amount of movant's attorney's fees billed to debtor for the preparation, and filing and prosecution of this motion: $** 1,050.00

**G.**   **Amount of movant's filing fee for this motion: $** 188.00

**H.**   **Other attorneys' fees billed to debtor post-petition: $** 0.00

**I.**   **Amount of movant's post-petition inspection fees: $** 0.00

**J.**   **Amount of movant's post-petition appraisal broker's price opinion: $** 0.00

**K.**   **Amount of forced placed insurance or insurance provided by the movant post-petition:**                    **$0.00**

**L.**   **Less post-petition suspense credit, if applicable: (0.00)**

**M.**   **Amount of other post-petition advances or charges, for example taxes, insurance incurred by debtor etc. (itemize each charge): $** 0.00

CG-10  (rev. 08/01/11)



# EXHIBIT E

| Site Address | **532-534 NW 8 AVENUE, FORT LAUDERDALE FL 33311** | ID # | 5042 03 01 1840 |
|---|---|---|---|
| Property Owner | DACA MANAGEMENT LLC | Millage | 0312 |
| Mailing Address | 1830 W BROWARD BLVD FORT LAUDERDALE FL 33312-1550 | Use | 08-02 |
| Abbr Legal Description | NORTH LAUDERDALE 1-48 D LOT 43 & 44,TOGETHER WITH W 1/2 OF VAC'D ALLEY LYING E & ADJ TO SAID LOTS 43 & 44 AS PER OR 15316/195,BLK 15 | | |

**The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).**

| * 2023 values are considered "working values" and are subject to change. |
|---|

### Property Assessment Values

| Year | Land | Building / Improvement | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2023 | $20,250 | $190,380 | $210,630 | $190,600 | |
| 2022 | $20,250 | $190,380 | $210,630 | $173,280 | |
| 2021 | $19,130 | $183,950 | $203,080 | $156,510 | $4,324.61 |

### 2023 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $210,630 | $210,630 | $210,630 | $210,630 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH | $190,600 | $210,630 | $190,600 | $190,600 |
| Homestead | 0 | 0 | 0 | 0 |
| Add. Homestead | 0 | 0 | 0 | 0 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $190,600 | $210,630 | $190,600 | $190,600 |

### Sales History

| Date | Type | Price | Book/Page or CIN |
|---|---|---|---|
| 6/20/2017 | CET-D | $120,100 | 114491241 |
| 3/20/1995 | WD | $20,900 | 23257 / 738 |
| | | | |
| | | | |
| | | | |

### Land Calculations

| Price | Factor | Type |
|---|---|---|
| $3.00 | 6,750 | SF |
| | | |
| | | |
| | | |

**Adj. Bldg. S.F.** (Card, Sketch) | 2430
**Units** | 2
**Eff./Act. Year Built: 1968/1958**

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| 03 | | | | | | F1 | | |
| R | | | | | | | | |
| 2 | | | | | | 2 | | |